AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2013 JAN 14 P 2: 43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MARVIN WOOTEN, | ) | Case No. |
| aka "Smash" | ) | |
| | ) | 3:13mj 010(WIG) |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September of 2012 through December of 2012  in the county of  FAIRFIELD  in the  District of  CONNECTICUT , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and (b)(1)(A)(iii), 846, and 843 | Possesssion with intent to Distribute 280 grams or more of cocaine base, (crack). Conspiracy to Possess with the Intent to Distribute and to Distribute Cocaine Base, and use of a telephone in furtherance of said offenses. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT OF DEA SPECIAL AGENT RYAN MENSING

☑ Continued on the attached sheet.

*Complainant's signature*

DEA SPECIAL AGENT RYAN MENSING
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/9/13

/s/ William I. Garfinkel, USMJ
*Judge's signature*

City and state:  BRIDGEPORT, CONNECTICUT   William I. Garfinkel, U.S. Magistrate Judge
*Printed name and title*